UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:06CV-P195-R

RONALD SCHAEFFER                                               PLAINTIFF

v.

DEPARTMENT OF CORRECTIONS *et al.*                          DEFENDANTS

## MEMORANDUM OPINION

By Order entered January 31, 2007, the Court dismissed Plaintiff's 42 U.S.C. § 1983 claims based on his allegedly false arrest, false imprisonment, false identity and false criminal charges pursuant to 28 U.S.C. § 1915A(b)(1). The Court further ordered that Plaintiff had 30 days from the entry of the Court's Order to file an amended complaint as related to his claims that he was molested and/or threatened by KSP personnel. Plaintiff was warned that failure to file an amendment with 30 days would result in dismissal of his complaint in its entirety.

"The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted." *Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962). Plaintiff has not filed anything in this action since December 12, 2006. It appears to the Court that Plaintiff has abandoned this action. Accordingly, by separate Order, the Court will dismiss this action.

Date:

cc:       Plaintiff, *pro se*
            Defendants
            Kentucky Justice & Public Safety Cabinet, Office of Legal Services
4413.008